1  R. DUANE FRIZELL
   Nevada Bar No. 9807
2  CALLISTER & FRIZELL
   8275 S. Eastern Ave., Suite 200
3  Las Vegas, Nevada 89123
   Office (702) 657-6000
4  Fax (702) 657-0065
   dfrizell@callisterfrizell.com
5  *Attorneys for Plaintiffs*

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF NEVADA

8  AMITY STAFFORD, an Individual;        §   CASE NO.: 2:11-cv-00437-PMP -RJJ
   and MICHAEL STAFFORD, an              §
9  Individual,                           §
                                         §
10         Plaintiffs,                   §   **NOTICE OF SUBSTITUTION OF**
   vs.                                   §   **COUNSEL FOR PLAINTIFFS**
11                                       §
   NEW ALBERTSONS, INC., a               §
12 Delaware Corporation dba              §
   ALBERTSONS; ALBERTSONS Store          §
13 #6012; DOES I-X; and Roe              §
   CORPORATIONS I-X, inclusive,          §
14                                       §
         Defendants.                     §
15                                       §

16     Plaintiffs AMITY STAFFORD and MICHAEL STAFFORD ("Plaintiffs") now file this

17 Notice of Substitution of Counsel. *See*, the Substitution of Attorneys for Plaintiffs filed in the

18 original proceeding before the Eighth Judicial District Court, District, of Nevada. The

19 Substitution of Attorneys for Plaintiffs is attached hereto as ***Exhibit 1***, an incorporated herein by

20 this reference.

21     DATED this ___13th___ day of May 2011.

22                                            Respectfully submitted,

23                                            **CALLISTER & FRIZELL**
                                              8275 S. Eastern Ave., Suite 200
24                                            Las Vegas, Nevada 89123
                                              dfrizell@callisterfrizell.com
25

26
   IT IS SO ORDERED.              By:    _____
27   *Robert J. Johnston*                 **R. DUANE FRIZELL**
   _____        Nevada Bar No. 9807
28 UNITED STATES MAGISTRATE JUDGE         *Attorneys for Plaintiffs*
   DATE: MAY 16, 2011

                              Page 1 of 2

# CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States and am employed in Clark County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 8275 S. Eastern Ave., Ste. 200, Las Vegas, Nevada 89123.

On May 16, 2011, I served the document(s) described as **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS** on interested party(ies) in this action as follows:

Lew Brandon, Jr., Esq.
MORAN LAW FIRM, LLC
630 S. Fourth Street
Las Vegas, Nevada 89101
Email: l.brandon@moranlawfirm.com
*Attorney for Defendant,*
*New Albertsons, Inc., a Delaware Corporation*

John V. Spilotro, Esq.
SPILOTRO & KULLA, CHTD
626 South Third Street
Las Vegas, NV 89101

☐ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

R. Duane Frizell
An employee of CALLISTER & FRIZELL

# EXHIBIT 1

**EXHIBIT 1**

Electronically Filed
01/24/2011 03:35:25 PM

CLERK OF THE COURT

1  SUBT
   R. DUANE FRIZELL, ESQ.
2  Nevada Bar No. 9807
   **CALLISTER & FRIZELL**
3  8275 South Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
4  Office (702) 657-6000
   Facsimile (702) 657-0065
5  *Attorneys for Plaintiffs*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| AMITY STAFFORD, and MICHAEL STAFFORD, | CASE NO: A-10-623025-C |
| Plaintiffs, | DEPT NO: 32 |
| vs. | |
| NEW ALBERTSONS, INC., a Delaware Corporation dba ALBERTSONS; ALBERTSONS Store #6012; DOES I-X; and Roe CORPORATIONS I-X, inclusive, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF

TO:   ALL PARTIES, and

TO:   THEIR RESPECTIVE COUNSEL OF RECORD

Pursuant to EDCR 7.40(b)(1), Plaintiffs AMITY STAFFORD and MICHAEL STAFFORD, hereby substitute R. Duane Frizell, of the law firm of CALLISTER & FRIZELL in the place and stead of John V. Spilotro, Esq. of the law firm of SPILOTRO & KULLA, CHTD. All pleadings, notices, and other communications directed to Plaintiffs in this matter are henceforth to be served through the law offices of CALLISTER & FRIZELL.

DATED this  19  day of January 2011.

By: _____        By: _____
     Amity Stafford                                              Michael Stafford

1

I hereby consent to the above and foregoing substitution.

DATED this 21st day of January 2011.

                                              **SPILOTRO & KULLA, CHTD.**
626 South Third Street
Las Vegas, Nevada 89101
Office (702) 385-4994
Facsimile (702) 385-5125

By: _/s/ Lisa M. Szyc_
**JOHN V. SPILOTRO, ESQ.**
Nevada Bar No. 4134
**LISA M. SZYC, ESQ.**
Nevada Bar No. 11726

I hereby accept the above and foregoing substitution as attorney for Plaintiff.

DATED this 24th day of January 2011.

**CALLISTER & FRIZELL**
8275 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Office (702) 657-6000
Facsimile (702) 657-0065
dfrizell@callisterfrizell.com

By: _/s/ R. Duane Frizell_
**R. DUANE FRIZELL, ESQ.**
Nevada Bar No. 9807

## CERTIFICATE OF MAILING

1. I HEREBY CERTIFY that service of the foregoing SUBSTITUTION OF ATTORNEY was made this 24th day of January 2011, by depositing a copy of the same in the United States. Mail, postage prepaid, and addressed as follows:

Lew Brandon, Jr., Esq.
MORAN LAW FIRM, LLC
630 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Defendant,*
*New Albertsons, Inc., a Delaware Corporation*

John V. Spilotro, Esq.
Lisa M. Szyc, Esq.
SPILOTRO & KULLA, CHTD.
626 South Third Street
Las Vegas, Nevada 89101

_____
An employee of CALLISTER & FRIZELL

3