**SUBS**
JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmelspear.com
**REMMEL & SPEAR, LLP**
7456 W Sahara Ave, Ste 101
Las Vegas, NV 89117
Ph. (702) 750-0571
Fx. (702) 750-0572
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMITY STAFFORD and MICHAEL STAFFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>NEW ALBERTSONS, INC., a Delaward Corporation dba ALBERTSONS; ALBERTSONS Store #6012, et al.<br><br>Defendants. | Case No.:  2:11-cv-00437-PMP-RJJ<br><br><br><br>Hearing Date: n/a<br>Hearing Time: n/a |

## SUBSTITUTION OF ATTORNEYS

Plaintiffs AMITY STAFFORD and MICHAEL STAFFORD hereby substitutes JONATHAN T. REMMEL, ESQ. of REMMEL & SPEAR, LLP, as their attorneys in place and instead of R. DUANE FRIZELL, ESQ. of CALLISTER & FRIZELL.

DATED this 16th day of May, 2011.

_____
AMITY STAFFORD

_____
MICHAEL STAFFORD

JONATHAN T. REMMEL, ESQ. of the law firm REMMEL & SPEAR, LLP hereby consents to and agrees to substitute in as counsel of record for Plaintiffs AMITY STAFFORD and MICHAEL STAFFORD, in the place and instead of R. DUANE FRIZELL, ESQ. of CALLISTER & FRIZELL, in the above-referenced matter.

DATED this 16th day of May, 2011.

_____
JONATHAN T. REMMEL, Esq.

R. DUANE FRIZELL, ESQ. of CALLISTER & FRIZELL hereby consents to allow JONATHAN T. REMMEL, ESQ. of the law firm REMMEL & SPEAR, LLP to substitute in his place and instead as counsel of record for Plaintiffs AMITY STAFFORD and MICHAEL STAFFORD, in the above-referenced matter.

DATED this 16th day of May, 2011.

_____
R. DUANE FRIZELL, Esq.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: MAY 19, 2011