UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AMITY STAFFORD, *et al.*, | |
| Plaintiff, | 2:11-cv-437-PMP-RJJ |
| vs. | |
| NEW ALBERTSONS, INC., etc., *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on Motion to Seal File Document No. 25 Pursuant to Special Order 108 (#26).

The Court having reviewed the Motion to Seal (#26) and the Supplement (#34) thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Seal Filed Document 25 Pursuant to Special Order 108 (#26) is GRANTED as to Exhibit I attached to Emergency Motion (#25).

DATED this  5th  day of December, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge