UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMITY STAFFORD, *et al.*,<br><br>                    Plaintiff,<br><br>vs.<br><br>NEW ALBERTSONS, INC.,<br>etc., *et al.*,<br><br>                    Defendant. | 2:11-cv-0437-PMP-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on April 30, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  25th  day of April, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge