LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
**MORAN LAW FIRM, LLC**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorney for Defendant,
NEW ALBERTSONS, INC.,
a Delaware corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AMITY STAFFORD and MICHAEL STAFFORD,

Plaintiffs,

v.

NEW ALBERTSONS, INC., a Delaware Corporation dba ALBERTSONS; ALBERTSONS Store #6012; DOES I through X, inclusive, and ROE CORPORATIONS I through X inclusive,

Defendants.

CASE NO.: 2:11-cv-00437-PMP -RJJ

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining

///

///

///

///

1

parties, each party bear their respective fees and costs incurred.

DATED this 7 day of May, 2012.

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant,
NEW ALBERTSONS, INC.

**REMMEL LAW FIRM**

_____
**JONATHAN T. REMMEL, ESQ.**
Nevada Bar No.: 8627
6900 Westcliff Drive, Suite 504
Las Vegas, Nevada 89145
Attorney for Plaintiffs,
AMITY STAFFORD and
MICHAEL STAFFORD

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 17th day of May, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
NEW ALBERTSONS, INC.