1  LEW BRANDON, JR., ESQ.
   Nevada Bar No. 5880
2  **MORAN LAW FIRM, LLC**
3  630 S. Fourth Street
   Las Vegas, Nevada 89101
4  (702) 384-8424
   (702) 384-6568 - *facsimile*
5  l.brandon@moranlawfirm.com
   Attorney for Defendant,
6  NEW ALBERTSONS, INC.,
7  a Delaware corporation

8                   **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
9

10 AMITY STAFFORD and MICHAEL
   STAFFORD,
11                                          CASE NO.: 2:11-cv-00437-PMP -RJJ
            Plaintiffs,
12
13 v.

14 NEW ALBERTSONS, INC., a
   Delaware Corporation dba
15 ALBERTSONS; ALBERTSONS Store
16 #6012; DOES I through X, inclusive,
   and ROE CORPORATIONS I through
17 X inclusive,

18          Defendants.

19              **STIPULATION AND ORDER**
20 **FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING**
                         **PARTIES**
21
22     IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that

23 the above entitled matter be dismissed with prejudice, leaving no remaining

24 ///

25 ///

26 ///
27
28 ///

1

parties, each party bear their respective fees and costs incurred.

DATED this ___ day of May, 2012.

**MORAN LAW FIRM, LLC**                            **REMMEL LAW FIRM**

_____            _____
**LEW BRANDON, JR., ESQ.**                         **JONATHAN T. REMMEL, ESQ.**
Nevada Bar No. 5880                                Nevada Bar No.: 8627
630 S. Fourth Street                               6900 Westcliff Drive, Suite 504
Las Vegas, Nevada 89101                            Las Vegas, Nevada 89145
Attorney for Defendant,                            Attorney for Plaintiffs,
NEW ALBERTSONS, INC.                               AMITY STAFFORD and
                                                   MICHAEL STAFFORD

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 17th day of May, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

*Respectfully Submitted:*

**MORAN LAW FIRM, LLC**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
NEW ALBERTSONS, INC.